**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CLEAR RECON CORP.: BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP; STEWART TITLE; and DOES 1-10,<br><br>    Defendants. | No. 1:15-cv-662 --- BAM<br><br>**ORDER TRANSFERRING ACTION TO SACRAMENTO DIVISION** |

    Plaintiff is proceeding pro se and filed the instant action in the Fresno Division of the United States District Court for the Eastern District of California. A review of the complaint reveals that Plaintiff resides in Fairfield, California, and the property at issue in the complaint is also located in Fairfield, California. Fairfield California is located in Solano County which lies within the jurisdictional boundaries of the Sacramento Division of this Court. *See* Local Rule 120(d).

    Title 28 of the United States Code Section 1391(b) provides :

    A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any

defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

Pursuant to Local Rule 120(f), a Court may transfer an action to another venue within the district when the action has not been commenced in the proper court.  The court is transferring this action to the Sacramento Division of the Eastern District of California because as previously noted, Plaintiff resides there and because the property at issue in the complaint is located in Solano County.  *See* 28 U.S.C. § 1391(b)(1).  Moreover, it appears that the actions giving rise to Plaintiff's complaint all arose in Solano County.  *See* 28 U.S.C. § 1391(b)(2).  Good cause appearing, IT IS HEREBY ORDERED that this entire matter is TRANSFERRED to the Sacramento Division of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated: **May 4, 2015**          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE

2